UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>MIGUEL QUINONES,<br><br>                    Defendant. | 18 Cr. 472-1 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    There is currently a sentencing scheduled in this action for June 5, 2020. However, given the ongoing Covid-19 pandemic, the Court finds it appropriate, with the consent of the parties, to adjourn the sentencing to a later date. Accordingly, Defendant Miguel Quinones's sentencing is hereby ADJOURNED to August 28, 2020, at 3:00 p.m.

    SO ORDERED.

Dated:  May 18, 2020
            New York, New York

                                              *Katherine Polk Failla*
                                            KATHERINE POLK FAILLA
                                            United States District Judge