UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 18 Cr. 472 (KPF) |
| MIGUEL QUINONES, | ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court has received a request from Mr. Quinones's current Criminal Justice Act (CJA) counsel to withdraw from this matter for personal reasons. The Court hereby GRANTS counsel's request. The Court will also grant counsel's request to have his application for withdrawal filed under seal. Moreover, the Court directs the CJA clerk to identify a member of the CJA panel with an upcoming duty day who does not have any conflict in representing Mr. Quinones. That attorney will be appointed to represent Mr. Quinones in connection with his sentencing in this matter.

In light of counsel's withdrawal, the sentencing scheduled for February 18, 2021, as well as the deadlines for the parties' sentencing submissions, are hereby ADJOURNED *sine die*.

SO ORDERED.

Dated:  January 25, 2021
        New York, New York

                                            _____
                                            KATHERINE POLK FAILLA
                                            United States District Judge