UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 18 Cr. 472 (KPF) |
| MIGUEL QUINONES, | ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court understands that Alain V. Massena has been appointed under the Criminal Justice Act to represent Defendant Miguel Quinones in this matter, pursuant to the Court's January 25, 2021 Order. (Dkt. #93). The Court hereby ORDERS Mr. Massena, Defendant Quinones, and the Government to appear on February 18, 2021, at 12:00 p.m., for a change of counsel hearing. The conference will proceed on a remote basis, and instructions for accessing the conference will be provided separately.

SO ORDERED.

Dated: January 26, 2021
New York, New York

KATHERINE POLK FAILLA
United States District Judge