March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

Miguel Quinones ,
                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

18 -CR- 472-1 (KPF) (___)

Defendant __Miguel Quinones_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___   Initial Appearance/Appointment of Counsel

___   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Preliminary Hearing on Felony Complaint

___   Bail/Revocation/Detention Hearing

X   Status and/or Scheduling Conference

___   Misdemeanor Plea/Trial/Sentence

*Miguel Quinones by kpf*
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Miguel Quinones**
Print Defendant's Name

Alain Massena *Digitally signed by Alain Massena Date: 2021.02.16 22:54:46 -05'00'*
Defense Counsel's Signature

**Alain V. Massena**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

02/18/2021
Date

*Katherine Polk Failla*
U.S. District Judge/~~U.S. Magistrate Judge~~