

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*One St. Andrew's Plaza*
*New York, New York 10007*

May 7, 2021

**BY EMAIL**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re: <u>**United States v. Miguel Quinones,**</u>
     **18 Cr. 472 (KPF)**

Dear Judge Failla:

    The Government writes, with the consent of defense counsel, to respectfully request that the sentencing hearing in this matter, currently scheduled for May 21, 2021, be adjourned until July 28, 2021 at 3:00 p.m.

                                    Respectfully submitted,

                                      AUDREY STRAUSS
                                    United States Attorney

                   By:     /s/
                         Alexandra N. Rothman
                         Assistant United States Attorney
                         (212) 637-2580

cc: Defense counsel (By Email)

---

```
Application GRANTED.  The sentencing in this matter is hereby
ADJOURNED to July 28, 2021, at 3:00 p.m., in Courtroom 618 of the
Thurgood Marshall Courthouse, 40 Foley Square, New York, New York
10007.  Defendant's sentencing submission is due on or before July
14, 2021, and the Government's sentencing submission is due on or
before July 21, 2021.          SO ORDERED.

Dated:    May 7, 2021
          New York, New York
```

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE