**MASSENA LAW P.C.**
305 Broadway, Suite 1001
New York, New York 10007
(P) 212-766-1700 ♦ (F) 212-766-1701
Email: AVM@MASSENALAW.COM

- ADMITTED IN FEDERAL AND
  NEW YORK STATE COURTS

July 13, 2021

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re: <u>United States v. Miguel Quinones,</u>
18 Cr. 472 (KPF)

Dear Judge Failla:

The Defense writes, with the consent of the Government, to respectfully request that the sentencing hearing in this matter, currently scheduled for July 28, 2021, be adjourned until September 30, 2021 at 3:30p.m.

Respectfully Submitted,

/S/ *Alain V. Massena*

Alain V. Massena, Esq.
Massena Law P.C.
305 Broadway, Suite 1001
New York, New York 10007
(T) 212.766.1700 . (F) 212.766.1701
avm@massenalaw.com

```
Application GRANTED.  Defendant's sentencing submission is due on
or before September 16, 2021, and the Government's sentencing
submission is due on or before September 23, 2021.

Dated:    July 13, 2021                SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE