

305 Broadway, Suite 1001
New York, New York 10007
(P) 212-766-1700 ♦ (F) 212-766-1701
Email: AVM@Massenalaw.com

• Admitted in Federal and
  New York State Courts

**MEMO ENDORSED**

September 14, 2021

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>United States v. Miguel Quinones</u>,
            18 Cr. 472 (KPF)

Dear Judge Failla:

    Mr. Quinones is currently scheduled to appear before you on September 30, 2021, for sentencing. This is a request for an adjournment of 30 days. This is counsel's second request for an adjournment and the Government consents to this adjournment. The reason for the request is as follows: the Government and Counsel require additional time to prepare relevant materials that will be presented to the Court for consideration at sentencing.

    I have consulted with Mr. Quinones regarding this application and he believes that his interests are best served if we have additional time to prepare for sentencing. Neither party will be prejudiced by an adjournment. Mr. Quinones faces a ten-year mandatory minimum. Please feel free to have your Chambers contact me if you have any questions.

                                                  Respectfully Submitted

                                        /S/ *Alain V. Massena*

                                        Alain V. Massena

Application GRANTED.  The sentencing scheduled for September 30, 2021, is hereby ADJOURNED to December 16, 2021, at 3:30 p.m. Defendant's sentencing submission is due on December 2, 2021, and the Government's sentencing submission is due on December 9, 2021.

Dated:    September 15, 2021          SO ORDERED.
          New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE