UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

MIGUEL QUINONES,

Defendant.

18 Cr. 472 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant Miguel Quinones's *pro se* Motion for Compassionate Release.  (Dkt. #124).  In reviewing the motion, the Court finds that Mr. Quinones would benefit from the appointment of CJA counsel.  As such, and assuming that he has no conflicts, the Court hereby appoints David J. Cohen as CJA counsel.

Mr. Cohen is directed to confer with Mr. Quinones regarding his motion as soon as possible, and to file a supplemental submission on or before **June 7, 2024**.  The Government's response shall be due on or before **July 22, 2024**.  There shall be no reply brief unless the Court requests one.

The Clerk of Court is directed to mail a copy of this Order to Mr. Quinones at his address of record.

SO ORDERED.

Dated:   April 10, 2024
         New York, New York

KATHERINE POLK FAILLA
United States District Judge