

# COHEN FORMAN BARONE, LLP
## AN EXPERIENCED LAW FIRM

www.cfblaw.com

| DAVID J. COHEN | CORY FORMAN | CARLA A. BARONE |
|---|---|---|
| david@cfblaw.com | cory@cfblaw.com | carla@cfblaw.com |

May 3, 2024

Honorable Judge Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re: **United States v. Miguel Quinones; 18 Cr. 472 (KPF)**

Dear Honorable J. Katherine Polk Failla:

Counsel is in receipt of the Court's Order of April 10, 2024 (not received by counsel until April 23, 2024 via email) appointing him as counsel to the defendant with respect to the *pro se* motion for compassionate release he has filed. The Court directed counsel to speak with Mr. Quinones and file such supplemental motion by June 7, 2024. This is a request for an extension of time to file such supplemental motion.

Counsel makes this request after reading Mr. Quinones' compassionate release motion, as well as the defense and the government's sentencing submissions. In doing so, counsel unveiled from both the defense and government's sentencing submissions that there was a prior sentencing submission filed on January 9, 2020, (ECF 63) nearly two years before the second sentencing submission (December 9, 2021, ECF 108). This first sentencing submission included a "substantial" mitigation report, that is presently unavailable to counsel. This docket entry (ECF 63) does not appear on the docket report. Counsel is awaiting a reply from both the government and prior defense counsel in an effort to get a copy of the defense's first sentencing submission and the mitigation packet.

In order for counsel to fulfill his mandate in representing Mr. Quinones, we would like to review all submissions, minute entries, and the mitigation packet before meeting with Mr. Quinones. There may be a need for multiple meetings with Mr. Quinones, as well as work with relevant third parties and sources of supporting evidence, before the final submission is ready for filing. Mr. Quinones is presently in custody in Pennsylvania. Counsel will be out of the country from June 11 to June 29, 2024.

Manhattan         950 Third Avenue, 11th floor, New York, NY 10022     T. 212.766.9111     F. 212.766.9166
Long Island       228 East Main Street, Patchogue, NY 11772            T. 631.766.9111     F. 212.766.9166

      Because of the need to file the submission ordered by this Court on April 120, 2024, and received by counsel on April 23, 2024, counsel is requesting an additional sixty days (60) to file this supplemental motion.

      Respectfully,

//s//David Jason Cohen//s//
David Jason Cohen, Esq.
Cohen Forman Barone, LLP
950 Third Avenue
New York, NY 10022
david@cfblaw.com

Application GRANTED.  The supplemental motion shall be filed on or before **August 10, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket number 126.

Dated:    May 6, 2024
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE